# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00496-CR**
**NO. 09-14-00497-CR**
_____

**DUSTIN WAYNE HARRINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 14-19207, 14-19726**
_____

**MEMORANDUM OPINION**

Pursuant to plea bargain agreements, appellant Dustin Wayne Harrington pleaded guilty to credit card abuse and possession of a controlled substance. In both cases, the trial court found the evidence sufficient to find Harrington guilty, but deferred further proceedings and placed Harrington on community supervision. The State subsequently filed a motion to revoke Harrington's unadjudicated community supervision in each case. In both cases, Harrington pleaded "true" to

1

four violations of the conditions of his community supervision. The trial court found that Harrington had violated the conditions of his community supervision in both cases and found Harrington guilty. The trial court assessed punishment at two years of confinement in the credit card abuse case and five years of confinement in the possession of a controlled substance case, with the sentences to run concurrently.

Harrington's appellate counsel filed briefs that present counsel's professional evaluation of the records and conclude the appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On January 20, 2015, we granted an extension of time for Harrington to file *pro se* briefs. We received no response from Harrington. We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support these appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

---

[1] Harrington may challenge our decision in these cases by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 28, 2015
Opinion Delivered May 6, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.